No. 11-6175. William Hill, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.

565 U.S. 986, 132 S. Ct. 543, 181 L. Ed. 2d 364, 2011 U.S. LEXIS 7739.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 11-6177. Mark A. Gleason, Petitioner v. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation, et al. (two judgments).

565 U.S. 986, 132 S. Ct. 517, 181 L. Ed. 2d 364, 2011 U.S. LEXIS 7834.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-6185. John Carlo Manigaulte, Petitioner v. C.W. Post of Long Island University.

565 U.S. 986, 132 S. Ct. 517, 181 L. Ed. 2d 364, 2011 U.S. LEXIS 7889,

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 11-6188. David L. Joe, Petitioner v. Walgreens Co./ILL, et al.

565 U.S. 986, 132 S. Ct. 517, 181 L. Ed. 2d 364, 2011 U.S. LEXIS 7711.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 413 Fed. Appx. 928.

No. 11-6189. Michael Harrison, Petitioner v. Ray Lawler, Superintendent, State Correctional Institution at Huntingdon, et al.

565 U.S. 986, 132 S. Ct. 517, 181 L. Ed. 2d 364, 2011 U.S. LEXIS 7859.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 11-6191. Jorge Ibarra-Perez, Petitioner v. Millicent Warren, Warden.

565 U.S. 986, 132 S. Ct. 518, 181 L. Ed. 2d 364, 2011 U.S. LEXIS 7764.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-6203. Scott Patrick McKinstry, Petitioner v. California.

565 U.S. 987, 132 S. Ct. 518, 181 L. Ed. 2d 364, 2011 U.S. LEXIS 7842.

October 31, 2011. Petition for writ of certiorari to the Court of Appeal of California, Fifth Appellate District, denied.

No. 11-6214. Daniel Lee Maxson, II, Petitioner v. Jeffrey Woods, Warden.

565 U.S. 987, 132 S. Ct. 518, 181 L. Ed. 2d 364, 2011 U.S. LEXIS 7866.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.